# UNITED STATES BANKRUPTCY COURT

NORTHERN    **DISTRICT OF** ILLINOIS

## EASTERN DIVISION

In re:  DAVID L. WHEELER

§
§
§
§

Case No. 11-38693
Chapter 7
Hon. EUGENE R. WEDOFF

Debtor(s)

---

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that
ALLAN J. DeMARS                                    , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications, which are
summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at
the Office of the Clerk, at the following address:
> 219 S. Dearborn  Street
> 7th Floor
> Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the
Final Report, must file a written objection within    21 days from the mailing of this notice, serve a
copy of the objections upon the trustee, any party whose application is being challenged and the United
States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held
at 10:00AM   on 03/18/2015   in Courtroom 744        , Dirksen Federal Building        Courthouse,
> 219 S. Dearborn Street
> Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: Clerk U. S. Bankruptcy Court _____

(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN   DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:   DAVID L. WHEELER

§
§
§
§

Case No.   11-38693
Chapter 7
Hon. EUGENE R. WEDOFF

Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $237,500.00 |
| *and approved disbursements of* | $101,485.06 |
| *leaving a balance on hand of* [1] | $136,014.94 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $136,014.94 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| *Trustee, Fees* ALLAN J. DeMARS | $8,604.99 | $0.00 | $8,604.99 |
| *Trustee, Expenses* ALLAN J. DeMARS | $27.92 | $0.00 | $27.92 |
| *Attorney for Trustee, Fees* ALLAN J. DeMARS | $3,135.00 | $0.00 | $3,135.00 |
| *Attorney for Trustee, Expenses* ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | |
| *Accountant for Trustee, Expenses* | | | |
| *Auctioneer, Fees* | | | |
| *Auctioneer, Expenses* | | | |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

| | | | |
|---|---|---|---|
| *Charges,  U.S. Bankruptcy Court* | $260.00 | $0.00 | $260.00 |
| *Fees, United States Trustee* | | | |
| Other | | | |

Total to be paid for chapter 7 administrative expenses:          $12,027.91

Remaining balance:                              $123,987.03

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for                    , Fees* | | | |
| *Attorney for               , Expenses* | | | |
| *Accountant for                  , Fees* | | | |
| *Accountant for               , Expenses* | | | |
| Other | | | |

Total to be paid for prior chapter administrative expenses:          $0.00

Remaining balance:                              $123,987.03

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | | $0.00 |
| Remaining balance: | | $123,987.03 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling _____ $2,212.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be ___100 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | $1,181.99 | $0.00 | $1,181.99 |
| 2 | Capital One Bank USA NA | $1,030.04 | $0.00 | $1,030.04 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | | $2,212.03 |
| Remaining balance: | | $121,775.00 |

Tardily filed claims of general (unsecured) creditors totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be ___0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | | $0.00 |
| Remaining balance: | | $121,775.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ____0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $121,775.00 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of ____0.1 percent pursuant to 11 U.S.C. §726(a)(5). Funds available for interest are _____ $7.79. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is _____ $121,767.21.

Prepared By:  /s/ ALLAN J. DeMARS
_____
Trustee

*Trustee's Name:*
ALLAN J. DeMARS
_____

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603
_____

**STATEMENT**:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 11-38693-ERW
David L Wheeler                                                             Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: arodarte          Page 1 of 2          Date Rcvd: Feb 20, 2015
                               Form ID: pdf006          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2015.
db            #+David L Wheeler,    5918 W Westend Ave,    1st Fl,   Chicago, IL 60644-2827
22601975       +Atlas Acquisitions LLC  (Credit One Bank, N.A.),    294 Union St.,   Hackensack, NJ 07601-4303
17832179      ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One, NA,    PO Box 85520,   Richmond, VA 23285)
22654099       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,   PO Box 71083,
               Charlotte, NC  28272-1083
17832178       +Capital One, NA,   PO Box 30285,    Salt Lake City, UT 84130-0285
17832180       +Chase-BP,   PO Box 15298,   Wilmington, DE 19850-5298
17832182       +EOS CCA,   700 Longwater Dr,    Norwell, MA 02061-1624
17832184      ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,   MARIETTA GA 30067-6429
               (address filed with court: Focus Receivables Management,    1130 Northchase Parkway,
               Marietta, GA 30067)
17832185       +Hilco Receivables,    Attn: Bankruptcy,    1120 Lake Cook Road Suite B,
               Buffalo Grove, IL 60089-1970
17832187       +RSHK/Citibank South Dakota,   Attn.: Centralized  Bankruptcy,    PO Box 20363,
               Kansas City, MO 64195-0363
17832188       +RSHK/Citibank South Dakota,    PO Box 6497,   Sioux Falls, SD 57117-6497
17832191       +United Collect Bureau Inc,    5620 Southwyck Blvd,    Toledo, OH 43614-1501
17832193       +WFS Financial,    PO Box 19657,   Irvine, CA 92623-9657
17832192       +Wachovia Dealer Services,    PO Box 1697,   Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17832177       E-mail/Text: bnc-applied@quantum3group.com Feb 21 2015 01:49:50    Applied Card Bank,
               601 Delaware Ave,   Wilmington, DE 19801
17832176       +E-mail/Text: bnc-applied@quantum3group.com Feb 21 2015 01:49:50    Applied Card Bank,
               Attention: General Inquiries,   PO Box 17125,   Wilmington, DE 19850-7125
17951736       +E-mail/Text: bnc@atlasacq.com Feb 21 2015 01:48:13    Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
17832181       E-mail/Text: bknotice@erccollections.com Feb 21 2015 01:49:24    Enhanced Recovery Company LLC,
               8014 Bayberry Rd,   Jacksonville, FL 32256-7412
17832186       +E-mail/Text: bankruptcy@icsystem.com Feb 21 2015 01:50:07    I C System Inc,   PO Box 64378,
               St Paul, MN 55164-0378
17832190       +E-mail/Text: bankruptcy@sw-credit.com Feb 21 2015 01:49:23    Southwest Credit Systems,
               5910 W Plano Pkwy Ste 10,   Plano, TX 75093-2202
17832189       +E-mail/Text: bankruptcy@sw-credit.com Feb 21 2015 01:49:23    Southwest Credit Systems,
               4120 International Pkwy Ste 1100,   Carrollton, TX 75007-1958
                                                                                           TOTAL: 7


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17832183       ##+Equitable Ascent Financing,    1120 West  Lake Cook Rd,   Buffalo Grove, IL 60089-1970
                                                                         TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2015                          Signature:  /s/Joseph Speetjens

District/off: 0752-1          User: arodarte          Page 2 of 2          Date Rcvd: Feb 20, 2015
                              Form ID: pdf006          Total Noticed: 21

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2015 at the address(es) listed below:
          Allan J DeMars    alland1023@aol.com
          Allan J DeMars    on behalf of Trustee Allan J DeMars alland1023@aol.com
          John P. Devona    on behalf of Debtor David L Wheeler JPDevona@yahoo.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                    TOTAL: 4