# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: DAVID L. WHEELER § Case No. 11-38693
§ Hon. EUGENE R. WEDOFF
§ Chapter 7
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $1,069.00 | Assets Exempt: | $3,431.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,219.82 | Claims Discharged Without Payment: | $9,593.00 |
| Total Expenses of Administration: | $113,099.72 | | |

3) Total gross receipts of $237,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $122,180.46 (see **Exhibit 2**), yielded net receipts of $115,319.54 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,069.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $113,512.97 | $113,099.72 | $113,099.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $9,554.00 | $2,212.03 | $2,212.03 | $2,219.82 |
| **TOTAL DISBURSEMENTS** | $10,623.00 | $115,725.00 | $115,319.54 | $115,319.54 |

4) This case was originally filed under chapter 7 on 09/23/2011.
The case was pending for 6 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/13/2015     By: /s/ ALLAN J. DeMARS
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| hip replacement p.i. settlement | 1242-000 | $237,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$237,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| David L. Wheeler | estate surplus | 8200-002 | $122,180.46 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$122,180.46** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | WFS Financial | 4210-000 | $1,069.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,069.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Clark Love Hutson | 3991-000 | N/A | $95,000.00 | $95,000.00 | $95,000.00 |
| Clark Love Hutson | 3992-000 | N/A | $6,480.06 | $6,480.06 | $6,480.06 |
| Wells Fargo | 2600-000 | N/A | $5.00 | $5.00 | $5.00 |
| Clerk US Bankruptcy Court | 2990-000 | N/A | $260.00 | $260.00 | $260.00 |
| Allan J. DeMars | 2100-000 | N/A | $8,604.99 | $8,604.99 | $8,604.99 |
| Allan J. DeMars | 2200-000 | N/A | $27.92 | $27.92 | $27.92 |
| Allan J. DeMars | 3110-000 | N/A | $3,135.00 | $2,721.75 | $2,721.75 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $113,512.97 | $113,099.72 | $113,099.72 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NONE | | | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | 7100-900 | $0.00 | $1,181.99 | $1,181.99 | $1,186.15 |
| 2 | Capital One Bank USA, NA | 7100-000 | $1,030.00 | $1,030.04 | $1,030.04 | $1,033.67 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| | 3 scheduled with no claim filed | 7100-900 | $4,640.00 | $0.00 | $0.00 | $0.00 |
| | 6 scheduled with no claim filed | 7100-000 | $3,884.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $9,554.00 | $2,212.03 | $2,212.03 | $2,219.82 |

UST Form 101-7-TDR (10/1/2010)

EXHIBIT "A" - FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No. 11-38693    Trustee Name: Allan J. DeMars

Case Name: DAVID WHEELER    Date Filed (f) or Converted (c): 9/23/11 (F)
                                                    reopened: 10/28/14

For Period Ending: 3/31/15    §341(a) Meeting Date: 10/19/11

    Claims Bar Date: 2/3/15

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | cash | 40.00 | 0.00 | | | FA |
| 2 | savings | 50.00 | 0.00 | | | FA |
| 3 | furniture | 350.00 | 0.00 | | | FA |
| 4 | clothes | 150.00 | 0.00 | | | FA |
| 5 | 2003 Pontiac Grand Am | 4,500.00 | 0.00 | | | FA |
| 6 | hip replacement p.i. settlement (u) | 237,500.00 | 237,500.00 | | 237,500.00 | FA |

TOTALS (Excluding unknown values)    237,500.00    237,500.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing: CASE REOPENED AFTER TRUSTEE NOTIFIED OF "DEFECTIVE HIP REPLACEMENT CLASS ACTION LAWSUIT SETTLEMENT" WHICH HAD NOT BEEN ORIGINALLY SCHEDULED.

EXHIBIT A@ - FORM 2
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 11-38693  
Case Name: DAVID WHEELER  
Taxpayer ID#: XXXXXX9209  
For Period Ending: 3/31/15  

Trustee's Name: Allan J. DeMars  
Bank Name: WELLS FARGO  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Checking acct#: XXXXXX0973  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 12/19/14 | Ref 6 | US ASR Hip Settlement | settlement of defective hip replacement law suit; gross settlement @237,500 with attys fees and costs, in the amount of $101,480.06, paid by settling party directly to attys DOCKET 27 | 1242-000 | 136,019.94 | | 136,019.94 |
| 1/31/15 | | Wells Fargo | bank service fee | 1226-000 | | 5.00 | 136,014.94 |
| 3/18/15 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 8,604.99 | 127,409.95 |
| 3/18/15 | Check 1002 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 27.92 | 127,382.03 |
| 3/18/15 | Check 1003 | Allan J. DeMars | attorney's fees | 3110-000 | | 2,721.75 | 124,660.28 |
| 3/18/15 | Check 1004 | Clerk US Bankruptcy Court | fee for reopening case | 2990-000 | | 260.00 | 124,400.28 |
| 3/18/15 | Check 1004 | Atlas Acquisitions, LLC | 726(a)(2); 100% 1181.99  interest          4.16 | 7100-900 7990-000 | | 1,186.15 | 123,214.13 |
| 3/18/15 | Check 1005 | Capital One Bank USA, NA | 726(a)(2); 100% 1030.04  interest          3.63 | 7100-000 7990-000 | | 1,033.67 | 122,180.46 |
| 3/18/15 | Check 1006 | David L.Wheeler | surplus to debtor | 8200-002 | | 122,180.46 | 0.00 |

```
                              COLUMN TOTALS    136,019.94    136,019.94       0.00
              Less: Payments to debtor(s)      122180.46     122180.46        0.00
                              Net               13,839.48     13,839.48       0.00

                                                              NET
     TOTAL - ALL ACCOUNTS               NET  DEPOSITS    DISBURSEMENTS    BALANCES
     Checking# xxxxx70973                    13,839.48      13,839.49         0.00
     Money Market #
```

| | | | |
|---|---|---|---|
| Savings # | | | |
| CD #CDI | | | |
| Net | 13,839.48 | 13,839.48 | 0.00 |
| | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |